# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143178 (130)
143179

RESIDENTIAL FUNDING CO., L.L.C., f/k/a
RESIDENTIAL FUNDING CORPORATION,
      Plaintiff-Appellant,

v

GERALD SAURMAN,
      Defendant-Appellee.
_____

SC: 143178
COA: 290248
Kent CC: 08-011138-AV

BANK OF NEW YORK TRUST COMPANY,
      Plaintiff-Appellant,

v

COREY MESSNER,
      Defendant-Appellee.
_____

SC: 143179
COA: 291443
Jackson CC: 08-003406-AV

      On order of the Chief Justice, the motion for temporary admission to the practice of law of Robert Pratte is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk